# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5183**

**September Term, 2025**

**1:25-cv-01220-APM**

**Filed On: October 3, 2025**

John F. Kennedy, et al.,

      Appellants

    v.

New Jersey Court System, et al.,

      Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Millett, Pillard, and Garcia, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by appellants. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's May 5, 2025 order be affirmed. The district court correctly concluded that appellants' complaint did not set forth "a short and plain statement of the grounds for the court's jurisdiction" or "a short and plain statement of the claim showing that the pleader is entitled to relief," Fed. R. Civ. P. 8(a), which is required in order to "give the defendants fair notice of what the claim is and the grounds upon which it rests," Jones v. Kirchner, 835 F.3d 74, 79 (D.C. Cir. 2016) (quoting Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007)).

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5183**                                    **September Term, 2025**


        Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### <u>Per Curiam</u>


                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                        BY:     /s/
                                Daniel J. Reidy
                                Deputy Clerk